CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 2 7 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **WILLIAM R. SMITH,** | ) | |
| Plaintiff, | ) | Civil Action No. 2:07cv00043 |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | By: GLEN M. WILLIAMS |
| Defendant. | ) | SENIOR UNITED STATES DISTRICT JUDGE |

For the reasons stated in the Memorandum Opinion accompanying this final judgment, it is **ADJUDGED** and **ORDERED** as follows:

1. The motion for summary judgment filed by the Commissioner of Social Security is **denied**;
2. The motion for summary judgment filed by the plaintiff is **denied**;
3. The final decision of the Commissioner denying benefits is **vacated**;
4. The plaintiff's claims shall be **remanded** pursuant to "sentence four" of 42 U.S.C. § 405(g) for further development;
5. The Clerk shall send a certified copy of this Final Judgment and the accompanying Memorandum Opinion to all counsel of record; and
6. The Clerk is directed to close the case.

**ENTER**: This 27th day of March, 2008.

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE